MORRIS W. TAUB et al., Respondents, v. JOSEPHINE G. BRAUN,
Appellant.

Submitted January 5, 1948; decided January 8, 1948.

*Joseph M. Schwartz* for motion.

*John O'Brien* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that no question as to the constitutional validity of any statutory provision is involved and because the order refusing to vacate the prior judgment and orders does not finally determine the action within the meaning of the Constitution.